IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| EVENS CLAUDE | : | NO. 12-33 |

**O R D E R**

**AND NOW**, this 29th day of January, 2013, upon consideration of the Government's Motion in Limine to Admit Evidence of Defendant Evens Claude's Prior Conviction for Conspiracy, Passing, Uttering and Possessing Counterfeit Currency (Document No. 129, filed January 14, 2013), following oral argument on January 25, 2013, for the reasons set forth in the Memorandum dated January 29, 2013, **IT IS ORDERED** that the Government's Motion in Limine to Admit Evidence of Defendant Evens Claude's Prior Conviction for Conspiracy, Passing, Uttering and Possessing Counterfeit Currency is **DENIED.**

BY THE COURT:

/s/ Hon. Jan E. DuBois
**JAN E. DUBOIS, J.**